CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JAN 25 2018
JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| BILLY D. WATLINGTON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:16-cv-00046 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the Report and Recommendation ("R&R") of the United States Magistrate Judge recommending that I grant the Commissioner's Motion for Summary Judgment and dismiss this case. The R&R was filed on December 20, 2017, and the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is **ORDERED** and **ADJUDGED** that the R&R [ECF No. 17] shall be, and hereby is, **ADOPTED** in its entirety. Plaintiff's Motion for Summary Judgment [ECF No. 12] is hereby **DENIED** and the Commissioner's Motion for Summary Judgment [ECF No. 13] is hereby **GRANTED**. The clerk is directed to remove this case from the active docket of the court.

The clerk is directed to send a copy of this Order to all counsel of record and to Magistrate Judge Hoppe.

Entered this 25th day of January, 2018.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE